# Order

Michigan Supreme Court
Lansing, Michigan

June 22, 2012

Robert P. Young, Jr.,
Chief Justice

144959

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

JOHN ELLWOOD MITCHELL,
   Plaintiff-Appellee,

v

KATE ANN MITCHELL,
   Defendant-Appellant.

SC: 144959
COA: 306559
Newaygo CC Family Division:
08-008195-DM

_____/

   On order of the Court, the application for leave to appeal the March 13, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 22, 2012

_____
Clerk

h0619